| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 4-22-20 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFCG, INC.,

                Plaintiff,

       v.

AEC ADVISORS, LLC, ANDREJ AVELINI,
JOSHUA LAHRE, TYLER ALBRIGHT,
AND JOSEPH SMETONA,

                Defendants.

19-CV-8076 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter by April 24, 2020, as directed in the Case Management Plan and Scheduling Order, *see* Dkt. 42. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the post-discovery conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    April 22, 2020
             New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge