UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFCG, INC.,

                Plaintiff,

        v.

AEC ADVISORS, LLC, ANDREJ AVELINI,
JOSHUA LAHRE, TYLER ALBRIGHT,
AND JOSEPH SMETONA,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-27-20

19-CV-8076 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the COVID-19 crisis, the Court will hold the upcoming conference in this action, scheduled for May 1, 2020 at 11:30 a.m., by telephone. The parties shall use the dial-in information provided below to call into the conference:

    Call-in Number: (888) 363-4749
    Access Code: 1015508

Counsel should also review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    April 27, 2020
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge