UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFCG, INC.,

                Plaintiff,

        v.

AEC ADVISORS, LLC, ANDREJ AVELINI,
JOSHUA LAHRE, TYLER ALBRIGHT,
AND JOSEPH SMETONA,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-28-20

19-CV-8076 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In addition to the discovery disputes detailed in the April 24, 2020 joint letter, the parties shall be prepared to discuss Defendants' pending motion to dismiss at the telephone conference on Friday, May 1, 2020.

SO ORDERED.

Dated:    April 28, 2020
            New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge