| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 5-1-20 |

EFCG, INC.,

                Plaintiff,

        v.

AEC ADVISORS, LLC, ANDREJ AVELINI,
JOSHUA LAHRE, TYLER ALBRIGHT,
AND JOSEPH SMETONA,

                Defendants.

19-CV-8076 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As discussed at today's conference, Defendants' motion to dismiss the amended complaint is denied. Defendants shall file their answer to the amended complaint no later than June 1, 2020. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 45.

SO ORDERED.

Dated:    May 1, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge