# Glenn J. Christofides
Attorney-at-Law

12 Del Mar Way
Monroe, New Jersey 08831
-----
20 West Lake Drive
Tuxedo Park, New York 10987

732-609-7187
gjctax@outlook.com

Admissions:
New Jersey
New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/20

**MEMO ENDORSED**

July 15, 2020

**Via ECF**
The Honorable Barbara Moses
U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application **DENIED** without prejudice to refiling a proposed protective which (a) bears the caption of this action and (b) is consistent with this Court's procedures, including, e.g., this Court's procedures for sealing applications. *Compare* Proposed Prot. Order ¶ 13 *with* S.D.N.Y. ECF Rules & Inst. sec. 6; Moses Indiv. Prac. sec. 3. **SO ORDERED**.
>
> _____
> **Barbara Moses, U.S.M.J.**
> **July 16, 2020**

RE: <u>EFCG, Inc. v. AEC Advisors, LLC et al.  19-CV-8076 (RA)</u>

Dear Judge Moses,

      The parties write to jointly request that the Court enter a protective order, which adopts the so ordered stipulation governing production in the New York State Supreme Court action between the parties.  The parties had previously submitted a proposed order by letter to the Court dated May 15, 2020 (<u>ECF 71</u>).  The proposed protective order is attached as an exhibit (<u>ECF 71-2</u>).  However, Your Honor's July 7, 2020 Order noted there is currently not a protective order on the docket.  Additionally, the parties noticed a typographical error on page 5 of the stipulation.  The parties have addressed this with a pen ink correction.  We therefore submit herewith that corrected version for the Court to so order.

      Respectfully Submitted,

      */s/Glenn J. Christofides*

      Glenn J. Christofides

Cc: All counsel of record