USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFCG, INC.,

            Plaintiff,

    v.

AEC ADVISORS, LLC, ANDREJ AVELINI,
JOSHUA LAHRE, TYLER ALBRIGHT,
AND JOSEPH SMETONA,

           Defendants.

19-CV-8076 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     The Court will hold a telephonic status conference regarding scheduling in this action tomorrow, **July 28, 2020 at 11:00 a.m.** The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    July 27, 2020
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge