UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFCG, INC.,

               Plaintiff,

      v.

AEC ADVISORS, LLC, ANDREJ AVELINI,
JOSHUA LAHRE, TYLER ALBRIGHT,
AND JOSEPH SMETONA,

               Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-4-20

19-CV-8076 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The hearing on EFCG's motion for a preliminary injunction will be held via telephone on August 7, 2020 at 12:30 p.m.  The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

SO ORDERED.

Dated:    August 4, 2020
            New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge