| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8/7/2020 |

EFCG, INC.,

            Plaintiff,

    v.

AEC ADVISORS, LLC, ANDREJ AVELINI,
JOSHUA LAHRE, TYLER ALBRIGHT,
AND JOSEPH SMETONA,

            Defendants.

19-CV-8076 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons articulated at today's hearing, EFCG's motion for a preliminary injunction is denied. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 92.

SO ORDERED.

Dated:    August 7, 2020
            New York, New York

                                    RONNIE ABRAMS
                                    United States District Judge