# O'Hare Parnagian LLP

20 Vesey Street, Suite 300
New York, NY 10007
(212) 425-1401
Fax: (212) 425-1421
www.ohareparnagian.com


8/31/20

Westchester Office
700 White Plains Road, Suite 255
Scarsdale, NY 10583
(914) 725-3632
Fax: (914) 725-3639

August 28, 2020

<u>Via ECF</u>
The Honorable Barbara Moses
U.S. Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 740
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *EFCG, Inc. v. AEC Advisors, LLC et al.*, No. 19-CV-8076 (RA)(BCM)

Dear Judge Moses:

We represent plaintiff EFCG, Inc. ("Plaintiff" or "EFCG") in the above-referenced action.

We write pursuant to rule 3 of Your Honor's Individual Rules of Practice ("Rule 3") to request the Court's permission to file under seal EFCG's letter-motion (the "Letter") requesting pre-motion conference and the exhibit thereto.  The letter and exhibit contain confidential and private information as further described in the Letter.

Pursuant to Rule 3, EFCG contemporaneously filed under seal the documents as to which sealing is requested.

Very truly yours,

*/s/ Robert A. O'Hare Jr.*

Robert A. O'Hare Jr.

---

Application DENIED without prejudice to refiling in compliance with Moses Ind. Prac. § 3 ("The letter-motion [to seal] . . . must explain the particular reasons for seeking to file that information under seal[.]"). Plaintiff should also explain why the underlying document (Dkt. No. 117) cannot be redacted rather than sealed entirely. Dkt. No. 117 may remain under seal pending the prompt refiling of plaintiff's sealing motion. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
August 31, 2020