

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFCG, INC.,

        Plaintiff,

  -against-

AEC ADVISORS, LLC, et al.,

        Defendants.

19-CV-8076 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed defendants' letter-motion dated October 26, 2020 (Dkt. No. 150) concerning potential issues with plaintiff's document production. Plaintiff's response is due today pursuant to Moses Ind. Prac. § 2(e).

    It is hereby ORDERED that the Court will conduct a telephonic discovery conference as to the issues described in defendants' October 26 letter-motion – as well as any remaining issues presented in the parties' joint letter dated October 6, 2020 (Dkt. No. 145) – on **November 5, 2020, at 12:00 p.m.** At that time, the parties shall dial (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
       October 29, 2020

**SO ORDERED.**

_____
**BARBARA MOSES
United States Magistrate Judge**