UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFCG, INC.,

            Plaintiff,

-against-

AEC ADVISORS, LLC, et al.,

            Defendants.

19-CV-8076 (RA) (BCM)

**ORDER**



**BARBARA MOSES, United States Magistrate Judge.**

The Court conducted a telephonic discovery conference on October 30, 2020. For the reasons stated on the record during the conference, the parties' remaining discovery disputes, set forth in their letters dated October 6, October 26, and October 29, 2020 (Dkt. Nos. 145, 150, and 152) are resolved as follows:

1. Plaintiff shall promptly search for and, when located, produce the September 11, 2018 version of the September 11, 2018 memorandum in electronic form (including metadata). If the required ESI has not been located and produced by November 9, 2020 (two days before the scheduled deposition of Renee Ring), plaintiff shall submit a letter, on ECF, updating the Court as to its search and production efforts.

2. This Court's Order dated June 19, 2020 does not require defendants to produce a listing of all "EML files" (stored email files in plain text format) or all text messages on the individual defendants' cellphones and laptops.

The discovery conference currently scheduled for November 5, 2020, at 12:00 p.m. is ADJOURNED *sine die*.

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 150.

Dated: New York, New York
       November 2, 2020

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**