

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFCG, INC.,

        Plaintiff,

-against-

AEC ADVISORS, LLC, et al.,

        Defendants.

19-CV-8076 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

        The Court has received and reviewed plaintiff's letter-motion dated November 27, 2020 (Dkt. No. 156), requesting an order compelling defendants to respond to plaintiff's second set of interrogatories. Defendants shall file a responding letter, in accordance with Moses Ind. Prac. §§ 1(d) and 2(b), no later than **December 7, 2020**. Plaintiff may file a reply no later than **December 10, 2020**. The Court will conduct a telephonic discovery conference on **December 14, 2020, at 10:00 a.m.** At that time, the parties shall dial (888) 557-8511 and enter the access code 7746387.

        The Court agrees with EFCG that November 22, 2019 was the deadline for the parties' initial interrogatories, not a deadline for all interrogatories. The Court does not intend to hold any of defendants' otherwise-permissible objections "waived" because they were served on November 6 instead of November 5, 2020. In their opposition and reply letters, therefore, the parties are advised to focus on the substance of the interrogatories and objections. The parties are further advised to renew their good-faith efforts to resolve or at least narrow their substantive disputes before defendants' opposition letter is due. In that letter, defendants shall update the Court on those efforts.

Dated:  New York, New York
           December 1, 2020

                           **SO ORDERED.**

                           **BARBARA MOSES**
                           **United States Magistrate Judge**