**O'Hare Parnagian LLP**

20 Vesey Street, Suite 300
New York, NY 10007
(212) 425-1401
Fax: (212) 425-1421
www.ohareparnagian.com

Westchester Office
700 White Plains Road, Suite 255
Scarsdale, NY 10583
(914) 725-3632
Fax: (914) 725-3639

# MEMO ENDORSED

December 7, 2020

**<u>Via ECF</u>**
The Honorable Barbara Moses
U.S. Magistrate Judge
Southern District of New York

    Re:    *EFCG, Inc. v. AEC Advisors, LLC et al.*- 19-CV-8076 (RA)

Dear Judge Moses:

    Plaintiff EFCG, Inc. writes the Court to advise that, during the December 3, 2020 mediation, the parties reached an agreement in principle to resolve the litigation. EFCG therefore respectfully requests that its currently pending letter motion (concerning its interrogatories) be withdrawn without prejudice.

                                           Very truly yours,

                                           */s/ Robert A. O'Hare Jr.*

                                           Robert A. O'Hare Jr.

---

Application GRANTED. The discovery conference currently scheduled for December 14, 2020, at 10:00 a.m. is hereby ADJOURNED *sine die*. EFCG's letter-motion dated November 27, 2020 (Dkt. No. 156) is withdrawn without prejudice. The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 156. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
December 8, 2020